FILED: September 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4247
(1:11-cr-00547-RDB-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NICKY CASH, a/k/a Mom

      Defendant - Appellant

_____

No. 13-4360
(1:11-cr-00547-RDB-11)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOHN ADAMS, a/k/a L. J., a/k/a Little Johnny

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk