Filed: January 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-4247**
**(1:11-cr-00547-RDB-3)**

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

 v.

NICKY CASH, a/k/a Mom,

   Defendant - Appellant.

O R D E R

   Nicky Cash seeks to appeal the sentence imposed following her guilty plea pursuant to a plea agreement. The Government has moved to dismiss the appeal as barred by Cash's waiver of the right to appeal included in the agreement. Upon review of the plea agreement and the transcript of the Federal Rule of Criminal Procedure 11 hearing, we conclude that Cash knowingly and voluntarily waived her right to appeal, with exceptions not here presented, and that the issues raised on appeal fall squarely within the scope of the waiver. Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Judge Shedd, Judge Davis, and Judge Wynn.

For the Court

/s/ Patricia S. Connor, Clerk