FILED: February 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4247
(1:11-cr-00547-RDB-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

NICKY CASH, a/k/a Mom

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 1/15/14, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*